**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

______________ District of Delaware (State)

Case number (*If known*): ______________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name** — Offshore Group Investment Limited

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN) — N/A

4. **Debtor's address**

   **Principal place of business**

   777 Post Oak Blvd.
   Number Street

   Suite 800

   Houston TX 77056
   City State ZIP Code

   Harris County
   County

   **Mailing address, if different from principal place of business**

   Number Street

   P.O. Box

   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number Street

   City State ZIP Code

5. **Debtor's website** (URL) — http://vantagedrilling.com

6. **Type of debtor**

   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☒ Other. Specify: Cayman Islands Exempted Company

Debtor Offshore Group Investment Limited
Name

Case number *(if known)*

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

SIC Code 1381 (NAICS Code 213111)

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ A plan is being filed with this petition.
  - ☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District ________ When ________ (MM / DD / YYYY) Case number ________
  District ________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☐ No
- ☒ Yes. Debtor See Schedule 1 Relationship ________
  District ________ When ________ (MM / DD / YYYY)
  Case number, if known ________

Debtor Offshore Group Investment Limited
Name

Case number *(if known)* ____________________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☒ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? ____________________
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other ____________________

**Where is the property?** ____________________
Number Street

____________________
City State ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency ____________________
  Contact name ____________________
  Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

- ☒ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ 1-49 | ☒ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets (on a consolidated basis)**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☒ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor Offshore Group Investment Limited
Name

Case number (if known) ____

**16. Estimated liabilities (on a consolidated basis)**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☒ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/03/2015
MM / DD / YYYY

✗ [signature]
Signature of authorized representative of debtor

Christopher G. DeClaire
Printed name

Title Authorized Officer

**18. Signature of attorney**

✗ [signature]
Signature of attorney for debtor

| | |
|---|---|
| Daniel J. DeFranceschi | Ray C. Schrock, P.C. |
| Printed name | |
| Richards, Layton & Finger, P.A. | Weil, Gotshal & Manges LLP |
| Firm name | |
| One Rodney Square, 920 North King Street | 767 Fifth Avenue |
| Address | |
| Wilmington, DE 19801 | New York, NY 10153 |
| City/State/Zip | |
| (302) 651-7700 | (212) 310-8000 |
| Contact phone | |
| defranceschi@rlf.com | ray.schrock@weil.com |
| Email address | |

2732 Delaware
Bar number State

12/03/2015
Date

**Schedule 1**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "***Court***"). A motion will be filed with the Court requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. Additional information about the relationship between each entity is contained in the *Declaration of Christopher G. DeClaire in Support of the Debtors' Chapter 11 Petitions and Related Requests for Relief* (the "***DeClaire Declaration***"), which has been filed contemporaneously herewith.

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Vantage Delaware Holdings, LLC | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Deepwater Drilling, Inc. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Driller ROCO S.R.L. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Holdings Cyprus ODC Limited | 15-________( ) | December 3, 2015 | Delaware | Pending |
| PT. Vantage Drilling Company Indonesia | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Drilling Labuan I Ltd. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Drilling (Malaysia) I Sdn. Bhd. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Drilling Netherlands B.V. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Holding Hungary Kft. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Offshore Group Investment Limited | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Dragonquest Holdings Company | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Emerald Driller Company | 15-________( ) | December 3, 2015 | Delaware | Pending |
| P2020 Rig Co. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| P2021 Rig Co. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Sapphire Driller Company | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Deepwater Company | 15-________( ) | December 3, 2015 | Delaware | Pending |

| COMPANY | CASE NUMBER | DATE FILED | DISTRICT | JUDGE |
|---|---|---|---|---|
| Vantage Driller I Co | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Driller II Co | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Driller III Co | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Driller IV Co. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Driller VI Co. | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Drilling Africa | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage Holdings Malaysia I Co | 15-________( ) | December 3, 2015 | Delaware | Pending |
| Vantage International Management Co. | 15-________( ) | December 3, 2015 | Delaware | Pending |

# OFFSHORE GROUP INVESTMENT LIMITED

## MINUTES OF THE MEETING OF THE BOARD OF DIRECTORS OF THE COMPANY HELD AT 777 POST OAK BLVD, SUITE 800, HOUSTON, TEXAS 77056, UNITED STATES OF AMERICA, ON 1 DECEMBER 2015

---

**Present:** Paul. A Bragg (Chairman)
Steven M. Bradshaw
Robert Grantham
Marcelo D. Guiscardo
Duke R. Ligon
John C.G. O'Leary
Ong Tian Khiam
Steinar Thomassen

**Absent:** Jorge E. Estrada

CONSTITUTION OF THE MEETING

The Chairman noted that a quorum of the directors of the Company were present in person or by proxy or alternate and that all directors had agreed to waive notice of the meeting in accordance with the Company's Memorandum and Articles of Association. Accordingly the chairman declared the meeting duly constituted.

CONFLICTS OF INTEREST

Each of the directors of the Company gave general notice for the record that they were employees and/or officers and/or directors of various companies within the Vantage group (including the Parent (as defined below) and should be regarded as interested accordingly in any transaction involving Vantage Drilling and its affiliates.

COMMENCEMENT OF CHAPTER 11 CASE

IT WAS RESOLVED, that in the judgment of all of the directors (the "***Board***") of the Company, after consultations with counsel and its financial adviser, it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties, that petitions be filed by the Company seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***") on substantially the terms consistent with the restructuring support agreement and chapter 11 plan previously approved by the Board;

FURTHER RESOLVED, that Paul A. Bragg, Christopher G. DeClaire, and Douglas G. Smith, any of the directors and officers of the Company as listed on the Company's register of directors and officers, and any other person designated and so authorized to act (each, an "***Authorized Officer***") be, and each of them hereby is, empowered, authorized, and directed, in the name and on behalf of the Company, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") at such time that the Authorized Officer executing the same shall determine;

RETENTION OF ADVISERS

FURTHER RESOLVED, that the law firm of Weil, Gotshal & Manges LLP is hereby employed as counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the law firm of Richards, Layton & Finger, P.A. is hereby engaged as co-counsel for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the firm of Lazard Frères & Co. LLC is hereby employed as investment banker and financial adviser for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the firm of Alvarez & Marsal North America, LLC is hereby employed as restructuring adviser for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that the firm of Epiq Bankruptcy Solutions, LLC is hereby employed as (i) claims and noticing agent, and (ii) administrative agent for the Company in the Company's chapter 11 case, subject to Bankruptcy Court approval;

FURTHER RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed to execute and file in the Company's chapter 11 case, all petitions, schedules, motions, lists, applications, pleadings and other papers, and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisers, and other professionals, and to take and perform any and all further acts and deeds which such Authorized Officer deems necessary, proper, or desirable in connection with the Company's chapter 11 case, including, without limitation, negotiating and obtaining debtor in possession financing and/or the use of cash collateral, and executing, delivering and

performing any and all documents, agreements, certificates and/or instruments in connection with such debtor in possession financing and/or use of cash collateral, with a view to the successful prosecution of such case;

SUBSIDIARY APPROVALS

FURTHER RESOLVED, that in the judgment of the Board, it is desirable and in the best interests of certain of the Company's direct and indirect subsidiaries for such entity or entities to take any and all action, including authorizing a filing in the Bankruptcy Court, and to execute and deliver all documents, agreements, motions and pleadings as are necessary, proper, or desirable to enable such subsidiary to carry out the filing in the Bankruptcy Court contemplated hereby, including granting any director, officer, or other authorized representative as applicable according to local law, the authority to take action in support thereof;

GENERAL AUTHORIZATION AND RATIFICATION

FURTHER RESOLVED, that any Authorized Officer is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file and/or record, and perform, such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions that in the judgment of the Authorized Officer shall be or become necessary, proper, or desirable in connection with the Company's chapter 11 case;

FURTHER RESOLVED, that any and all past actions heretofore taken by any Authorized Officer of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and

FURTHER RESOLVED, that these resolutions may be executed in any number of counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same document. Each signatory may deliver a signed copy of these resolutions by facsimile, and any such copy shall be deemed to be an original.

TERMINATION OF THE MEETING

There being no further business, the Chairman declared the meeting closed.

[*Signature appears on the following page*]

Dated: December 1, 2015

Paul Bragg, Chairman

| Fill in this information to identify the case: | |
|---|---|
| Debtor Name Offshore Group Investment Limited<br>United States Bankruptcy Court for the District of Delaware<br>Case number (if known) ____________________ | ☐ Check if this is an amended filing |

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT | CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT<br>ATTN: JOANNA ANDERSON<br>225 W. WASHINGTON ST., 21ST FLOOR<br>CHICAGO, IL 60606<br>UNITED STATES<br><br>PHONE: 312-262-3193<br>FAX: 312-376-0751<br>EMAIL:<br>Joanna.anderson@cortlandglobal.com | DEFICIENCY CLAIM RE: 2017 SECURED TERM LOAN | UNLIQUIDATED | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 2 | CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT | CORTLAND CAPITAL MARKET SERVICES LLC, AS ADMINISTRATIVE AGENT<br>ATTN: JOANNA ANDERSON<br>225 W. WASHINGTON ST., 21ST FLOOR<br>CHICAGO, IL 60606<br>UNITED STATES<br><br>PHONE: 312-262-3193<br>FAX: 312-376-0751<br>EMAIL:<br>Joanna.anderson@cortlandglobal.com | DEFICIENCY CLAIMS RE: 2019 SECURED TERM LOAN | UNLIQUIDATED | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 3 | WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE | WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE<br>ATTN: PATRICK GIORDANO<br>750 N. SAINT PAUL PLACE, SUITE 1750<br>MAC T9263-170<br>Dallas, TX, 75201<br>UNITED STATES<br><br>PHONE: 214-756-7430<br>FAX: 214-777-4086<br>EMAIL: Patrick.giordano@wellsfargo.com | DEFICIENCY CLAIM RE: 7.125% SECURED NOTES | UNLIQUIDATED | UNDETERMINED | UNDETERMINED | UNDETERMINED |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 4 | WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE | WELLS FARGO BANK, N.A., AS INDENTURE TRUSTEE<br>ATTN: PATRICK GIORDANO<br>750 N. SAINT PAUL PLACE, SUITE 1750<br>MAC T9263-170<br>DALLAS, TX, 75201<br>UNITED STATES<br><br>PHONE: 214-756-7430<br>FAX: 214-777-4086<br>EMAIL: Patrick.giordano@wellsfargo.com | DEFICIENCY CLAIM RE: 7.5% SECURED NOTES | UNLIQUIDATED | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 5 | 3C METAL MIDDLE EAST FZE | 3C METAL MIDDLE EAST FZE<br>ATTN: -<br>PLOT MO0629, JEBEL, ALI FREE ZONE<br>DUBAI, UNITED ARAB EMIRATES<br><br>PHONE: +971 (0) 4 8830682<br>FAX: +971 (0) 4 8830683<br>EMAIL: office@3cmetalme.com | TRADE PAYABLE | | | | $1,926,418 |
| 6 | MDO-SERVICES, SARL | MDO-SERVICES, SARL<br>ATTN: -<br>BP 2276<br>PORT GENTIL, 2276<br>GABON<br><br>PHONE: 241 01 55 83 85<br>FAX: 241 01 55 83 84<br>EMAIL: math_15@yahoo.fr / mdoservices@aol.fr | TRADE PAYABLE | | | | $386,402 |
| 7 | STX SERVICE AMERICAS, LLC | STX SERVICE AMERICAS, LLC<br>ATTN: Michele Laughlin-Payne<br>4750 WINDFERN<br>HOUSTON, TX 77041<br>UNITED STATES<br><br>PHONE: (713) 934-0056<br>FAX:<br>EMAIL: mlpayne@onestx.com; usa@onestx.com | TRADE PAYABLE | | | | $144,071 |
| 8 | MHWIRTH AS | MHWIRTH AS<br>ATTN: Roy Dyrseth, CEO<br>Butangen 20<br>PO Box 413 Lundsiden, NO-4604<br>NO-4639<br>Kristiansand, Norway<br><br>PHONE: 47 38 05 70 00<br>FAX:<br>EMAIL: roy.a.dyrseth@mhwirth.com | TRADE PAYABLE | | | | $126,945 |
| 9 | INTER CONTINENTAL DES SERVICES | INTER CONTINENTAL DES SERVICES<br>ATTN: -<br>SIEGE SOCIAL 3 RUE TSOMBE<br>POIINTE-NOIRE, BP 5490<br>CONGO<br><br>PHONE: +242-040-023838 / +242-044-442078<br>FAX: +242-94-31-99.<br>EMAIL: om@icsindustrial.com | TRADE PAYABLE | | | | $109,337 |
| 10 | AMOSCO (GABON) | AMOSCO (GABON)<br>ATTN: -<br><br>PORT GENTIL, BP 1686<br>GABON<br><br>PHONE: (+241) 1561 346<br>FAX: (+241) 550 031<br>EMAIL: amoscopog@live.com | TRADE PAYABLE | | | | $87,854 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 11 | SENSE OF SIAM INTERNATIONAL TRADING | SENSE OF SIAM INTERNATIONAL TRADING<br>ATTN: - Head Office - Sattahip<br>389/24 MOO 12, NONGPRUE, BANGLAMUNG<br>CHONBURI, 20260<br>THAILAND<br><br>PHONE: +66 (0)33 679 816-20<br>FAX: +66 (0)33 679 823<br>EMAIL: | TRADE PAYABLE | | | | $74,847 |
| 12 | DARON SHIPCHANDLER | DARON SHIPCHANDLER<br>ATTN: -<br>PO BOX 95<br>POINTE NOIRE, BP 95<br>CONGO<br><br>PHONE: +242 94 29 15 /+242 670 12 12<br>FAX: +242 94 29 15<br>EMAIL: sam-cg-pnr@daron-shipchandler.com | TRADE PAYABLE | | | | $53,080 |
| 13 | KESUMA SHIPPING SDN BHD | KESUMA SHIPPING SDN BHD<br>ATTN: - Jln Pelita Utama<br>LOT 576-576, 2ND FLOOR, PELITA COMM<br>MIRI, SARAWAK, 98008<br>MALAYSIA<br><br>PHONE: 6085 - 418908<br>FAX: 6085 - 418907<br>EMAIL: lingchi@pd.jaring.my | TRADE PAYABLE | | | | $49,742 |
| 14 | PANALPINA TRANSPORT MONDIAUX GABON | PANALPINA TRANSPORT MONDIAUX GABON<br>ATTN: - Stefan Peter, Country Manager<br>PORT GENTIL, BP 876<br>GABON<br><br>PHONE: 241 01 55 30 92<br>FAX: 241 01 55 08 55<br>EMAIL: Stefan.Peter@panalpina.com | TRADE PAYABLE | | | | $48,662 |
| 15 | NORSAFE MARINE & OFFSHORE SERVICES, | NORSAFE MARINE & OFFSHORE SERVICES,<br>ATTN: - Nicholas Hardaway<br>1301 EDWARDS AVENUE, SUITE C<br>NEW ORLEANS, LA 70123<br>UNITED STATES<br><br>PHONE: 504-733-0100<br>FAX: 504-733-0155<br>EMAIL: nick.hardaway@norsafe.com | TRADE PAYABLE | | | | $44,847 |
| 16 | RST GLOBAL SOLUTIONS GULF OF MEXICO | RST GLOBAL SOLUTIONS GULF OF MEXICO<br>ATTN: -<br>THREE SUGAR CREEK CTR., STE 100<br>SUGAR LAND, TX 77478<br>UNITED STATES<br><br>PHONE: 281-277-3637<br>FAX:<br>EMAIL: info@rst-global.com | TRADE PAYABLE | | | | $36,647 |
| 17 | STE MANUTRANS | STE MANUTRANS<br>ATTN: -<br>BP 400<br>PORT GENTIL, BP 400<br>GABON<br><br>PHONE:<br>FAX:<br>EMAIL: | TRADE PAYABLE | | | | $32,618 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | PANALPINA WORLD TRANSPORT (S) PTE L | PANALPINA WORLD TRANSPORT (S) PTE L<br>ATTN: - Alex Donau, Country Manager<br>25 LOYANG OFFSHORE SUPPLY BASE, LOY<br>SINGAPORE, 508988<br>SINGAPORE<br><br>PHONE: 65 6274 0188<br>FAX: 65 6277 4848<br>EMAIL: alex.donau@panalpina.com | TRADE PAYABLE | | | | $31,245 |
| 19 | FUGRO SEASTAR AS | FUGRO SEASTAR AS<br>ATTN: -<br>HOFFSVEIEN 1C<br>OSLO, 275<br>NORWAY<br><br>PHONE: 47 2150 1400<br>FAX: 47 2150 1401<br>EMAIL: seastar@fugro.com | TRADE PAYABLE | | | | $30,000 |
| 20 | VALLOUREC ASIA PACIFIC CORP PTE LTD | VALLOUREC ASIA PACIFIC CORP PTE LTD<br>ATTN: -<br>133 NEW BRIDGE ROAD, #21-01, CHINAT<br>SINGAPORE, 59413<br>SINGAPORE<br><br>PHONE: +65 69339100<br>FAX:<br>EMAIL: contact@vallourec.com | TRADE PAYABLE | | | | $29,920 |
| 21 | MANAGER UNIVERSEL SARLU | MANAGER UNIVERSEL SARLU<br>ATTN: -<br>SIEGE SOCIAL: 3, RUE TSOMBE<br>POINTE NOIRE, BP 5490<br>CONGO<br><br>PHONE:<br>FAX:<br>EMAIL: | TRADE PAYABLE | | | | $29,238 |
| 22 | WEATHERFORD ASIA PACIFIC PTE LTD | WEATHERFORD ASIA PACIFIC PTE LTD<br>ATTN: -<br>LOYANG OFFSHORE SUPPLY BASE BOX 513<br>LOYANG CRESCENT, 508988<br>SINGAPORE<br><br>PHONE: 65 6543 2133; 817 598-4111<br>FAX: 713-693-4270<br>EMAIL: | TRADE PAYABLE | | | | $28,993 |
| 23 | BAYONG RESOURCES SDN BHD | BAYONG RESOURCES SDN BHD<br>ATTN: -<br>LOT 2072, 1ST FLOOR<br>JALAN CATTLEYA, 98000<br>MALAYSIA<br><br>PHONE: 608-5656991<br>FAX: 608-5656990<br>EMAIL: | TRADE PAYABLE | | | | $28,910 |
| 24 | BAYONG SERVICES SDN BHD | BAYONG SERVICES SDN BHD<br>ATTN: -<br>LOT 2073. 2ST FLOOR, JALAN CATTEYA<br>MIRI, SARAWAK, 98000<br>MALAYSIA<br><br>PHONE: 6 085 - 656991; 6 085 - 656997<br>FAX: 6 085 - 656990<br>EMAIL: hr@bayong.com.my; enquiry@sennego.com | TRADE PAYABLE | | | | $27,677 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 25 | MARINE SUPPLY & SHIP SERVICES | MARINE SUPPLY & SHIP SERVICES<br>ATTN: -<br>MULJI LAXMIDAS BLDG. GR FLOOR, W.H.<br>MUMBAI, 400001<br>INDIA<br><br>PHONE: 91 22 2261 2157<br>FAX: 91 22 2261 8332<br>EMAIL: | TRADE PAYABLE | | | | $26,844 |
| 26 | EAAA | EAAA<br>ATTN: -<br>HAUT DE GUEGUE<br>LIBREVILLE, BP 36213<br>GABON<br><br>PHONE: +241 01 73 00 64 / +241 03 08 29 41<br>FAX: 241 01 56 92 83 / 241 03 46 78 81<br>EMAIL: eaaa@eaaa.pro - travel.assistance@eaaa.pro | TRADE PAYABLE | | | | $24,847 |
| 27 | SCHLUMBERGER OVERSEAS S.A | SCHLUMBERGER OVERSEAS S.A<br>ATTN: -<br>555 RASA TOWER, 11TH FLOOR, PHAHOLY<br>CHATUCHAK, BANGKOK, 10900<br>THAILAND<br><br>PHONE: 33 1 4062 1187; 1 713 375 3494<br>FAX: 974 4493 4311; 66-662 9370701<br>EMAIL: ffellah@tripoli.oilfield.slb.com | TRADE PAYABLE | | | | $23,054 |
| 28 | PRICEWATERHOUSECOOPERS TAX ADVISORS | PRICEWATERHOUSECOOPERS TAX ADVISORS<br>ATTN: Mihaela Mitroi<br>STRADA BARBU VACARESCU NR. 301-311<br>STAJ 7/1 SECT 2, BUCHAREST, 20276<br>ROMANIA<br><br>PHONE: 40 212 253 000<br>FAX: 40 212 253 600<br>EMAIL: Mihaela.Mitroi@ro.pwc.com | TRADE PAYABLE | | | | $18,882 |
| 29 | RPS ENERGY SERVICES PTY LTD | RPS ENERGY SERVICES PTY LTD<br>ATTN: -<br>LEVEL 2, 38 STATION STREET<br>SUBIACO WA, 6008<br>AUSTRALIA<br><br>PHONE: 44 (0)1235 438 000<br>FAX: 44 (0)1235 834 698<br>EMAIL: rpsmp@rpsgroup.com | TRADE PAYABLE | | | | $18,084 |
| 30 | GATES ENGINEERING & SERVICES PTE LT | GATES ENGINEERING & SERVICES PTE LT<br>ATTN: -<br>40 GUL CIRCLE<br>SINGAPORE, 629575<br>SINGAPORE<br><br>PHONE: (65) 6861-7322<br>FAX: (65) 6861-7631<br>EMAIL: gates.gess@gates.com | TRADE PAYABLE | | | | $16,700 |

**Fill in this information to identify the case and this filing:**

Debtor Name Offshore Group Investment Limited

United States Bankruptcy Court for the District of Delaware

Case number (*if known*): ____________________

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors** **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ___

☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/3/2015
MM/DD/YYYY

X /s/ Christopher G. DeClaire
Signature of individual on behalf of debtor

Christopher G. DeClaire
Printed name

Authorized Officer
Position or relationship to debtor

WEIL:\95550928\1\78787.0003

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **OFFSHORE GROUP INVESTMENT LIMITED, *et al.*,** | : | **Case No. 15-______ (___)** |
| | : | **Joint Administration Requested** |
| **Debtors.[1]** | : | |

## CONSOLIDATED CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1) and 7007.1 and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), attached hereto is an organizational chart reflecting all of the ownership interests of Offshore Group Investment Limited ("***OGIL***") and certain of its subsidiaries, as proposed debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***"). Each entity is 100% owned by its direct parent unless otherwise noted. 32.9% of the equity of Vantage Drilling Company, the ultimate parent of all the Debtors, is directly owned by F3 Capital, an entity 100% owned and controlled by Hsin-Chi Su (a/k/a Nobu Su), a former director of Vantage Drilling Company. 14.0% of the equity of Vantage Drilling Company is owned by FMR LLC.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are: Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc. (3668); Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co. The Debtors' mailing address is 777 Post Oak Boulevard, Suite 800, Houston, Texas 77056.

Vantage Drilling Company (Cayman Islands)
Vantage Driller II Co (Cayman Islands)
Vantage International Payroll Company (Cayman Islands)
Vantage Holding Hungary Limited Liability Company (Hungary)
Vantage Drilling Netherlands B.V. (Netherlands)
Vantage Luxembourg I SARL (Luxembourg)
Vantage Holdings Caymans (Cayman Islands)
Vantage Driller V Co. (Cayman Islands)
1%
99%
99%
1%
Vantage Drilling do Brasil Serviços de Petroleo Ltda. (Brazil)
Vantage Drilling de Mexico, S. de R.L. de C.V. (Mexico)
Platinum Explorer Company (Cayman Islands)
Titanium Explorer Company (Cayman Islands)
Cobalt Explorer Company (Cayman Islands)
Vantage Angola Holdings Company (Cayman Islands)
Vantage Nigeria Holding Co. (Cayman Islands)
Advantage Drilling ODC Limited (Cyprus)
42%*
Sigma Drilling Ltd. (Cyprus)
Vantage Driller I Co (Cayman Islands)
Vantage Driller IV Co. (Cayman Islands)
Vantage Project Holdings Company (Cayman Islands)
Vantage Deepwater Holdings Company (Cayman Islands)
Cobalt Explorer Holdings Company (Cayman Islands)
Offshore Group Investment Limited (Cayman Islands)
Emerald Driller Company (Cayman Islands)
Sapphire Driller Company (Cayman Islands)
P2020 Rig Co. (Cayman Islands)
P2021 Rig Co. (Cayman Islands)
Vantage International Management Company (Cayman Islands)
Vantage Driller VI Co. (Cayman Islands)
Vantage Drilling Africa (Cayman Islands)
Vantage Driller III Co (Cayman Islands)
Vantage Energy Services, Inc. (United States)
Vantage International Management Company Pte. Ltd. (Singapore)
Vantage Holdings Malaysia I Co. (Cayman Islands)
Vantage Drilling Labuan I Ltd. (Labuan)
Vantage Drilling (Malaysia) I Sdn. Bhd. (Malaysia)
Dragonquest Holdings Company (Cayman Islands)
0.03%
99.97%
Vantage Holdings Cyprus ODC Limited (Cyprus)
Vantage Driller ROCO S.R.L. (Romania)
Vantage Deepwater Company (Cayman Islands)
Vantage Deepwater Drilling, Inc. (United States)
Vantage Delaware Holdings LLC (United States)
95%*
Vantage Drilling Company Indonesia, PT (Indonesia)
Legend:
Debtor Entity
Non-Debtor Entity
* Indicates that the remaining ownership interest is held by a third party, non-Vantage entity.

**Fill in this information to identify the case and this filing:**

Debtor Name Offshore Group Investment Limited

United States Bankruptcy Court for the District of Delaware

Case number *(if known)*: ____________________

Official Form 202

**Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule ___

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒ Other document that requires a declaration Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/3/2015
MM/DD/YYYY

**X** /s/ Christopher G. DeClaire
Signature of individual on behalf of debtor

Christopher G. DeClaire
Printed name

Authorized Officer
Position or relationship to debtor