# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re* | ) ) | Chapter 11 |
| OFFSHORE GROUP INVESTMENT LIMITED, *et al.*, | ) ) ) ) | Case No. 15-12422 (BLS) |
|  | ) | Joint Administration Requested |
| Debtors. | ) ) |  |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, a member of the bar of this Court, moves the admission *pro hac vice* of Matthew Brod of Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005-1413 to represent the ad hoc committee of secured term loan lenders and secured noteholders in the above-captioned cases and any related proceedings.

Dated: December 3, 2015
      Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of New York and admitted to practice before the United States District Court for the Eastern and Southern Districts of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 3, 2015

       */s/ Matthew Brod*
Matthew Brod
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY 10005-1413
(T) 212-530-5000
(F) 212-530-5219
mbrod@milbank.com

9678338.1