**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| *In re* | ) ) | Chapter 11 |
| OFFSHORE GROUP INVESTMENT LIMITED, *et al.*, | ) ) ) ) | Case No. 15-12422 (BLS) |
|  | ) | Joint Administration Requested |
| Debtors. | ) ) |  |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, a member of the bar of this Court, moves the admission *pro hac vice* of Dennis F. Dunne of Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005-1413 to represent the ad hoc committee of secured term loan lenders and secured noteholders in the above-captioned cases and any related proceedings.

Dated: December 3, 2015
       Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

   */s/ Tamara K. Minott*
Robert J. Dehney (No. 3578)
Andrew R. Remming (No. 5120)
Tamara K. Minott (No. 5643)
1201 N. Market St., 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and am admitted, practicing, and in good standing as a member of the bar of the State of New York, the United States Court of Appeals for the Second Circuit, and the United States District Court for the Southern District of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: December 3, 2015

      */s/ Dennis F. Dunne*
Dennis F. Dunne
MILBANK, TWEED, HADLEY & MCCLOY LLP
28 Liberty Street
New York, NY 10005-1413
(T) 212-530-5000
(F) 212-530-5219
ddunne@milbank.com

9678296.1