# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

---------------------------------------------------------x
:
In re                             :        Chapter 11
                                  :
**OFFSHORE GROUP**                :        Case No. 15-12422 (BLS)
**INVESTMENT LIMITED,** *et al.*, :
                                  :        Joint Administration Requested
        **Debtors.**              :
                                  :
---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION
## *PRO HAC VICE* OF SCOTT R. BOWLING

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***") and the attached certification, counsel moves the admission *pro hac vice* of Scott R. Bowling of Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, as an attorney for the above-captioned debtors and debtors-in-possession.

Dated:   December 3, 2015
         Wilmington, Delaware

/s/ Zachary I. Shapiro
Zachary I. Shapiro (No. 5103)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Email: shapiro@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 13474153v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court. I further certify that I am admitted, practicing and in good standing as a member of the Bar of the State of New York, am admitted to practice before the United States District Court for the Southern District of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund*, revised March 25, 2014. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

              */s/ Scott R. Bowling*
              Scott R. Bowling
              WEIL, GOTSHAL & MANGES LLP
              767 Fifth Avenue
              New York, New York 10153
              Telephone: (212) 310-8000
              Facsimile: (212) 310-8007
              Email: scott.bowling@weil.com