# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

-------------------------------------------------------x
:
In re                                               :        **Chapter 11**
:
**OFFSHORE GROUP**                                  :        **Case No. 15-12422 (BLS)**
**INVESTMENT LIMITED,** *et al.,*                   :
:        **Jointly Administered**
Debtors.[1]                                 :
:
-------------------------------------------------------x

## CERTIFICATION OF COUNSEL
## REGARDING ORDER APPROVING MODIFICATION OF
## AUTOMATIC STAY TO ALLOW PETROBRAS ARBITRATION TO PROCEED

The undersigned hereby certifies as follows:

1.      On December 3, 2015 (the "***Petition Date***"), Vantage Deepwater Drilling,

Inc. and Vantage Deepwater Company (together, the "***Arbitration Claimants***"), together with

their affiliated debtors in the above-referenced chapter 11 cases (collectively, the "***Debtors***"),

commenced voluntary cases under chapter 11 of title 11 of the United States Code

(the "***Bankruptcy Code***").

2.      Prior to the Petition Date, the Debtors began the solicitation of votes on

their *Joint Prepackaged Chapter 11 Plan of Offshore Group Investment Limited and Its*

*Affiliated Debtors* (the "***Prepackaged Plan***") through their *Disclosure Statement for Joint*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc. (3668); Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co.  The Debtors' mailing address is 777 Post Oak Boulevard, Suite 800, Houston, Texas 77056.

*Chapter 11 Plan of Offshore Group Investment Limited and Its Affiliated Debtors* pursuant to sections 1125 and 1126(b) of the Bankruptcy Code.  The Debtors expect that the Prepackaged Plan will be accepted by all classes entitled to vote in excess of the statutory thresholds specified in section 1126(c) of the Bankruptcy Code.  The hearing on confirmation of the Prepackaged Plan is scheduled for January 14, 2016.

       3.      On August 31, 2015, the Arbitration Claimants commenced an arbitration against Petroleo Brasileiro S.A. – Petrobras, Petrobras America Inc. and Petrobras Venezuela Investments & Services B.V. (collectively, the "***Petrobras Respondents***") in response to the Petrobras Respondents' wrongful termination of that certain Agreement for the Provision of Drilling Services, dated as of February 4, 2009, by and between Petrobras Venezuela Investments & Services B.V. and Vantage Deepwater Company, as amended, modified, supplemented, or novated from time to time (the "***Petrobras Arbitration***").  That arbitration is pending in Houston, Texas under the Commercial Arbitration Rules of the International Center for Dispute Resolution of the American Arbitration Association and is captioned *Vantage Deepwater Company and Vantage Deepwater Drilling, Inc. v. Petroleo Brasileiro S.A. – Petrobras, Petrobras America Inc. and Petrobras Venezuela Investments & Services B.V.* (Case No. 01-15-0004-8503).

       4.      The Petrobras Arbitration was proceeding in the ordinary course prior to the commencement of these chapter 11 cases; however, as of the Petition Date, certain claims in the Petrobras Arbitration may be stayed by the automatic stay in effect pursuant to section 362(a) of the Bankruptcy Code.

       5.      No party will be prejudiced if the Petrobras Arbitration is allowed to proceed in the ordinary course: under the Prepackaged Plan, the legal, equitable, and contractual

RLF1 13559470V.1

rights of holders of General Unsecured Claims (as defined in the Prepackaged Plan) are unimpaired, and the Debtors' causes of action are retained.  Consequently, any claims in the Petrobras Arbitration are unimpaired under the Prepackaged Plan.

6.     Based on the foregoing, the Debtors desire that the Petrobras Arbitration continue notwithstanding the commencement of these chapter 11 cases.  Accordingly, the Debtors are willing to consent to modification of the automatic stay for the purpose of allowing the Petrobras Arbitration to proceed.

7.     A proposed form of order to modify the automatic stay is annexed hereto as **Exhibit A** (the "***Proposed Order***").

8.     Counsel to the ad hoc committee of secured term loan lenders and secured noteholders and counsel to the administrative agent under that certain amended and Restated Credit Facility Agreement (as defined in the Prepackaged Plan) have consented to the entry of the Proposed Order.

RLF1 13559470V.1

WHEREFORE the Debtors respectfully request entry of the Proposed Order, at the earliest convenience of the Court.

Dated: December 18, 2015
      Wilmington, Delaware

/s/ *Zachary I. Shapiro*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

WEIL, GOTSHAL & MANGES LLP
Ray C. Schrock, P.C.
Ronit J. Berkovich
767 Fifth Avenue
New York, New York  10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007

*Proposed Attorneys for the Debtors*
*and Debtors in Possession*