**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

-------------------------------------------------------x
                                :

In re                         :        **Chapter 11**
                                  :

**OFFSHORE GROUP**      :        **Case No. 15-12422 (BLS)**
**INVESTMENT LIMITED,** *et al.*,   :
                                  :        **Jointly Administered**

          Debtors.[1]      :
                                  :
-------------------------------------------------------x

**NOTICE OF FILING OF SECOND SUPPLEMENT TO**
**AMENDED JOINT PREPACKAGED CHAPTER 11 PLAN OF**
**OFFSHORE GROUP INVESTMENT LIMITED AND ITS AFFILIATED DEBTORS**

**PLEASE TAKE NOTICE** that Offshore Group Investment Limited ("***OGIL***") and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "***Debtors***") hereby file this second plan supplement (this "***Second Plan Supplement***") in support of the *Joint Prepackaged Chapter 11 Plan of Offshore Group Investment Limited and Its Affiliated Debtors*, dated as of December 1, 2015 and filed with the United States Bankruptcy Court for the District of Delaware (the "***Court***") on December 3, 2015 [Docket No. 7], as amended on January 11, 2016 [Docket No. 166] (the "***Prepackaged Plan***").

**PLEASE TAKE FURTHER NOTICE** that a combined hearing to consider compliance with disclosure and solicitation requirements and any objection thereto, and to consider confirmation of the Prepackaged Plan and any objection thereto, is scheduled for **Thursday, January 14, 2016 at 10:30 a.m. (Eastern Time)**, before the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 N. Market Street, Sixth Floor, Courtroom 1, Wilmington, Delaware 19081 (the "***Combined Hearing***").

**PLEASE TAKE FURTHER NOTICE** that the following table summarizes the documents contained in the Second Plan Supplement (the "***Plan Supplement Exhibits***") and any change in

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, as applicable, are:  Offshore Group Investment Limited; Vantage Delaware Holdings, LLC; Dragonquest Holdings Company; Emerald Driller Company; P2020 Rig Co.; P2021 Rig Co.; PT. Vantage Drilling Company Indonesia; Sapphire Driller Company; Vantage Deepwater Company; Vantage Deepwater Drilling, Inc. (3668); Vantage Driller I Co; Vantage Driller II Co; Vantage Driller III Co; Vantage Driller IV Co.; Vantage Driller VI Co.; Vantage Driller ROCO S.R.L.; Vantage Drilling Africa; Vantage Drilling (Malaysia) I Sdn. Bhd.; Vantage Drilling Labuan I Ltd.; Vantage Drilling Netherlands B.V.; Vantage Holding Hungary Kft.; Vantage Holdings Cyprus ODC Limited; Vantage Holdings Malaysia I Co; and Vantage International Management Co.  The Debtors' mailing address is 777 Post Oak Boulevard, Suite 800, Houston, Texas 77056.

the documents compared to the versions filed on December 24, 2015 [Docket No. 101] (the "*First Plan Supplement*"):[2]

| Exhibit | Title | Status |
|---------|-------|--------|
| A | Amended and Restated Credit Facility Agreement | Updated |
| B | New Second Lien Notes Indenture | Updated |
| C | New Second Lien Intercreditor Agreement | Updated |
| D | New Secured Convertible PIK Notes Indenture | Updated |
| E | New Third Lien Intercreditor Agreement | Updated |
| F | Form of Stapled Units | Updated |
| G | Management Incentive Program | No change |
| H | New Shareholders Agreement | Updated |
| I | Registration Rights Agreement with Holders | Updated |
| J | Registration Rights Agreement with Vantage Parent | Updated |
| K | Amended Organizational Documents | Updated |
| L | Revised Organizational Chart | No change |
| M | Directors and Officers of Reorganized Debtors | No change |

---

[2] The Debtors expressly reserve the right, at any time prior to the Effective Date, to supplement, modify, or amend this Plan Supplement.

**PLEASE TAKE FURTHER NOTICE** that the Plan Supplement Exhibits attached hereto supersede and replace in their entirely the applicable prior version of the Plan Supplement Exhibits filed in the First Plan Supplement.  Where changes have been made, a blackline comparison to the prior version has been provided.

**PLEASE TAKE FURTHER NOTICE** that the documents contained in the Second Plan Supplement are integral to, and are considered part of, the Prepackaged Plan.  If the Prepackaged Plan is approved, the documents contained in the Second Plan Supplement will be approved by the Bankruptcy Court pursuant to the order confirming the Prepackaged Plan.

**PLEASE TAKE FURTHER NOTICE** that copies of the exhibits contained in this Plan Supplement may be obtained (i) for a fee through the website of the United States Bankruptcy Court for the District of Delaware, https://ecf.deb.uscourts.gov, or (ii) free of charge through the website of the Debtors' notice, claims, and solicitation agent at http://dm.epiq11.com/OGI.

Dated: January 12, 2016
      Wilmington, Delaware

                                        */s/ Zachary I. Shapiro*
                                        RICHARDS, LAYTON & FINGER, P.A.
                                        Mark D. Collins (No. 2981)
                                        Daniel J. DeFranceschi (No. 2732)
                                        Zachary I. Shapiro (No. 5103)
                                        One Rodney Square
                                        920 North King Street
                                        Wilmington, Delaware 19801
                                        Telephone:  (302) 651-7700
                                        Facsimile:  (302) 651-7701

                                        -and-

                                        WEIL, GOTSHAL & MANGES LLP
                                        Ray C. Schrock, P.C.
                                        Ronit J. Berkovich
                                        767 Fifth Avenue
                                        New York, New York  10153
                                        Telephone:  (212) 310-8000
                                        Facsimile:  (212) 310-8007

                                        *Proposed Attorneys for the Debtors*
                                        *and Debtors in Possession*